FILED ___ LODGED
___ RECEIVED ___ COPY

NOV 0 4 2008

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ P DEPUTY

Marco Antonio Jimenez P436189
Name and Prisoner/Booking Number

**Fourth Avenue Jail**
Place of Confinement

Alternate address
2230 N. 23Rd St.
Phoenix, AZ 85006
until further notice

201 S. 4th Avenue
Mailing Address

Phoenix, AZ 85003
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Marco Antonio Jimenez )
(Full Name of Plaintiff) Plaintiff, )
)
vs. ) CV-08-2041-PHX-NVW-JRI
(1) Joe ARPAIO Maricopa County Sherriffs )
(Full Name of Defendant) ) CASE NO. CR2008-141435-001 DT
(2) Andrew THOMAS County Attorney ) (To be supplied by the Clerk)
Superior Court Judges )
(3) Newell, Christopher Whitten, David Toci )
) CIVIL RIGHTS COMPLAINT
(4) Phoenix Police Department ) BY A PRISONER
Defendant(s). )
) ☒ Original Complaint
☐ Check if there are additional Defendants and attach page 1-A listing them ) ☐ First Amended Complaint
☐ Second Amended Complaint

A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☒ Other: CR2007128829-001, CRJC200712839300/ and disorderly conduct, threaten to intimidate JC2007156799

2. Institution/city where violation occurred: City of Phoenix Police, Maricopa County Sherriffs Office

550/555

Revised 3/9/07                           1

**PLEASE READ INSTRUCTIONS PRIOR TO FILLING OUT FORMS.
INSTRUCTIONS ARE IN BACK OF THIS PACKET.**

## B. DEFENDANTS

1. Name of first Defendant: _Aaron Aibrand, Jeffray Snoger, Matthew Brandt_. The first Defendant is employed as: _City of Phoenix Police Officer & Dept._ at _____
   (Position and Title)                                          (Institution)

2. Name of second Defendant: _Joe Arpaio_. The second Defendant is employed as: _Maricopa County Sheriff_ at _Maricopa County Jail_.
   (Position and Title)                                          (Institution)

3. Name of third Defendant: _Andrew Thomas_. The third Defendant is employed as: _Maricopa County Attorneys Office_ at _____
   (Position and Title)                                          (Institution)

4. Name of fourth Defendant: _Maricopa County Superior Courts all Judges involved in this case_. The fourth Defendant is employed as: _____
   (Position and Title)                                          (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☐ Yes   ☒ No

2. If yes, how many lawsuits have you filed? _5_. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _Marco Antonio Jimenez_ v. _City of Phoenix, Parks & Recreation_
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _It is still pending._

   b. Second prior lawsuit:
      1. Parties: _Marco Antonio Jimenez_ v. _City of Phoenix, Police Department, Officer Turiano_
      2. Court and case number: _U.S. Courthouse 401 W. Washington ST, PHX AZ 85003/CR2007128829-001_
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _Still pending_

   c. Third prior lawsuit:
      1. Parties: _Marco Antonio Jimenez_ v. _Homeland Security Officer E. Petagara_
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _Still pending._

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: Cruel and unusual punishment

2. Count I. Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☑ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Officer Matthew Brandtt has committed excessive force by false arrest, by harming me with the handcuffs, and zip tieing my legs in order so that I couldn't walk and putting a bag over my head so that it would be difficult to breath. Officer Brandtt has violated my civil rights by not giving me a warning about the noise instead of not arresting me. By officers Abrond, Smoyer and Brandtt lieing under oath because they all have different false testimony against me of aggrevated assault on an officer and Disorderly conduct when my mother started the argument as it is stated on record. The officers testimony does not match up as they have different testimony against me. They were excessive in apprehending me by not reading me my miranda rights and throwing me into the vehicle and abusing me, manhandling me while booking me in the Jail. I am also starving to death and having great pains in my stumach because this Sherriff is starving me to death. I must receive proper feeding to get better. This is not a proper way to put people through a fasting diet this is pure cruel and unusual punishment.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Mental Anguish, lacerations to wrist, emotional Distress, Mental Trauma, and physical abuse. punitive damages

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☑ Yes ☐ No
   b. Did you submit a request for administrative relief on Count I? ☑ Yes ☐ No
   c. Did you appeal your request for relief on Count I to the highest level? ☑ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Because Sherriffs personell do not help during grievances. They are insubordinate. They promote cruel and unusual punishment. Dont do what is required of them. They continue to brake their own protocol, rules and regulations. They all lie under oath. I am doing everything I possibly can to get out of here and to file complaints to the highest level, but I get no co-operation from the staff personell.

## COUNT II

1. State the constitutional or other federal civil right that was violated: <u>wrongful imprisonment</u>

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☒ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   The Maricopa County Sheriffs office and staff have held me beyond my will as they are fully aware of according to release procedures and court proceedings. False imprisonment from jail staff and Sharriff's staff. During wrongfull imprisonment the Shirriffs staff has treated me with cruel and unusual punishment for not doing what I have requested of them so that way I could get out of jail. Staff mistreatment with feeding procedures of food, with improper segregation procedures while I was trying to get fed better. And requesting phone calls and indigent supplies. For wrongfully classifying me as a maximum security criminal, when I have done nothing wrong. By mistreating me for asking for food when I was refused of my food and trying to get a better plate of food, they had applied excessive physical force and put me in segregation. All of them officers should be charged for assault and battery and fired and also put in jail for their criminal actions during their hours of operation and while behind the color of law and also as being under oath.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). Mental anguish, emotional distress, physical bruises, mental trauma, punitive damages

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count II? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count II to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. They don't do their jobs and get away with the abuse of power, because no-one monitors what they are doing and so they use their freedom to abuse me and my rights, because no-one is controlling what they do. They show the public one thing while doing totally another! This is total insubordinance, incompetence, and negligence from staff personell. I've tried to put in grievances, but staff doesn't do there job resolving anything.

## COUNT III

1. State the constitutional or other federal civil right that was violated: _____

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☑ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   The Sherritts' office has since been very insubordinate and unco-operative and negligent and incompitent in assisting me with any legal process. I beleave the Sherritts' office has vidated my legal proceeding rights inturn causing obstruction of justice to proceed with filing claims or otherwise.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   Mental, emotional distress, frustration, anguish and great pain and suffering also punitive damages apply due to A.D.A. Law.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☑ Yes ☐ No
   b. Did you submit a request for administrative relief on Count III? ☑ Yes ☐ No
   c. Did you appeal your request for relief on Count III to the highest level? ☑ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. I am but staff personnell are being very insubordinate and uncooperative with me in filing grievances.

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

5

## E. REQUEST FOR RELIEF

State the relief you are seeking: *I seek the relief of $60,000,000.00 (sixty-million dollars tax free award - in damages from pain + suffering, respectfully submitted on September 23, 2008. Punitive Damages are a separate amount and compensation.*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  9/23/08 /10/28/08  *was supposed to be executed on 9/23/08*
DATE                                                      SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

6